UNITED STATES of America, Plaintiff—Appellee

v.

**David Henry ANTHONY, also known as David Stubblefield, also known as David Anthony Chacon, Defendant—Appellant.**

No. 09–20866
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Jan. 14, 2011.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

David Adler, Bellaire, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, SMITH, and HAYNES, Circuit Judges.

PER CURIAM: *

The CJA-appointed counsel representing David Anthony has moved for leave to

---

* Pursuant to 5TH CIR. R. 47.5, the court has

determined that this opinion should not be

withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Anthony has filed a response. Our independent review of the record, counsel's brief, and Anthony's response discloses no non-frivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.